**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1920**

_____

In re: ALONZO TARELL JONES, a/k/a Rell,

      Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the District of South Carolina, at Columbia.  (3:19-cr-00986-TLW-14)

_____

Submitted:  November 19, 2024                    Decided:  November 21, 2024

_____

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Alonzo Tarell Jones, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alonzo Tarell Jones petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 motion.  He seeks an order from this court directing the district court to rule on this motion.  The present record does not reveal undue delay in the district court.  Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*